

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 19, 2007

**BY FACSIMILE**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, New York 10007

> *Application granted on consent. Conference is adjourned to 11-20-07 at 10:30am. Time is excluded pursuant to the Speedy Trial Act.*
>
> **SO ORDERED:**
> Date: 10-19-07       Richard M. Berman
>                      Richard M. Berman, U.S.D.J.

Re:   **United States v. John Aviles**
      07 Cr. 588

Dear Judge Berman:

A conference in the above-referenced matter is currently scheduled before Your Honor on Monday, October 22nd, at 9:30 a.m. Since the last conference before Your Honor, the Government has produced discovery and has engaged in further discussions with defense counsel regarding a possible disposition of this case. However, because defense counsel's review of that discovery is not complete, and so that discussions between the Government and defense counsel may continue, both parties respectfully request that the October 22nd conference be adjourned approximately 30 days. The Government also respectfully requests, with defense counsel's consent, that if the conference is adjourned, time be excluded between October 22nd and the date of the next conference so that defense counsel can finish reviewing discovery and to allow these discussions to continue.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:   Michael M. Rosensaft
      Michael M. Rosensaft
      Assistant U.S. Attorney
      (212) 637-2366
      (212) 637-2937 (fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2007

cc:   Daniel Meyers, Esq.,
      Attorney for Defendant