**MEMO ENDORSED**

# DANIEL L. MEYERS
Attorney-at-Law

TELEPHONE: (212) 226-4106               FAX: (212) 431-0107

299 BROADWAY – SUITE 806
NEW YORK, N.Y. 10007-1901

*Application granted on consent.*

SO ORDERED:
Date: 12/19/07   *Richard M. Berman*
Richard M. Berman, U.S.D.J.

December 17, 2007

Hon. Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  U.S. v. John Aviles
     07 Cr. 588 (RMB)

Dear Judge Berman:

    I am writing to request a travel modification of Mr. Aviles's bail conditions in the above-referenced case. The request is to allow him to travel by car, over the Christmas holiday, from New York to Lititz, PA. 17543 where he will be staying at the home of Harriet Perlis of 1005 Kent Gardens. Mr. Aviles will be leaving New York at 8 A.M. on December 22, 2007, and will be returning to New York by 5:00 P.M. on December 31, 2007.

    I have discussed this request with Assistant U.S. Attorney Michael M. Rosensaft and he has no objection. My client informs that he has spoken of this request to his Pretrial Officer Luis Piedra who similarly has no objection.

    In all other respects the bail conditions ordered by U.S. Magistrate Judge Michael H. Dolinger on May 9, 2007, is to remain in full force and effect.

    Thank you for your kind attention to this matter.

Respectfully yours,

*Daniel L. Meyers*
Daniel L. Meyers

DLM/d

cc:  AUSA Michael M. Rosensaft
     Luis Piedra, SDNY Pretrial Services

RECEIVED
DEC 18 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2007