RECEIVED

JAN 09 2008

CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

# DANIEL L. MEYERS
Attorney-at-Law

TELEPHONE: (212) 226-4106

FAX: (212) 431-0107

## 299 BROADWAY – SUITE 806
## NEW YORK, N.Y. 10007-1901

January 9, 2008

VIA FAX: 212-805-6717

Hon. Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  U.S. v. John Aviles
     07 Cr. 588 (RMB)

Dear Judge Berman:

     I am writing to respectfully request that the status
conference in this matter be adjourned from January 10, 2008, to
February 7, 2008, at 2:00 P.M.  The adjourned date and time were
suggested by your Courtroom Deputy.  Assistant U.S. Attorney
Michael M. Rosensaft has no objection to the adjournment.

     The reasons for the requested delay are to permit me to deal
with a medical condition which requires surgery and to give
additional time for the parties to continue discussion on how to
fairly resolve the pending prosecution.

     For the foregoing reasons it is additionally requested that
the running of the speedy trial clock be tolled until the next
court date of February 7, 2008.

     Thank you for your kind attention to this matter.

                    Application granted.

                    Respectfully yours,

                    Daniel L. Meyers

DLM/d

Conference is adjourned to
2.7.08 at 2:00 pm. Speedy trial
time is excluded for the reasons set
forth on the record (in this letter).

cc:  AUSA Michael M. Rosensaft
(Via Fax: 212-637-2527)

SO ORDERED:
Date: 1-9-08    Richard M. Berman

                Richard M. Berman, U.S.D.J.

1-9-08