**DANIEL L. MEYERS**
Attorney-at-Law

TELEPHONE: (212) 226-4106         FAX: (212) 431-0107

299 BROADWAY – SUITE 806
NEW YORK, N.Y. 10007-1901

March 13, 2008

Hon. Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  U.S. v. John Aviles
     07 Cr. 588 (RMB)

Dear Judge Berman:

    I am writing to respectfully request that the status conference in this matter be adjourned from March 20, 2008, to Thursday, April 10, 2008, at 3:00 P.M. The adjourned date and time were suggested by your Courtroom Deputy. Assistant U.S. Attorney Michael M. Rosensaft has no objection to the adjournment.

    The reason for the requested adjournment is to allow the parties additional time to continue discussions on how to fairly resolve the pending prosecution without litigation.

    For the foregoing reason it is additionally requested that the running of the speedy trial clock be tolled until the next court date, April 10, 2008.

    Thank you for your kind attention to this matter.

Respectfully yours,

Daniel L. Meyers

DLM/d

cc: AUSA Michael M. Rosensaft
(Via Fax: 212-637-2527)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08

Application granted on consent. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter until 4-10-08.

SO ORDERED:
Date: 3-17-08
Richard M. Berman, U.S.D.J.