# DANIEL L. MEYERS
Attorney-at-Law

TELEPHONE: (212) 226-4106

FAX: (212) 431-0107

299 BROADWAY – SUITE 806
NEW YORK, N.Y. 10007-1901

*Application granted on consent.*

SO ORDERED:
Date: 4-10-08

Richard M. Berman, U.S.D.J.

April 10, 2008

Hon. Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  U.S. v. John Aviles
     07 Cr. 588 (RMB)

Dear Judge Berman:

I am writing, at the recommendation of Pretrial Services Officer Luis Piedra, to request the removal of the condition of bail requiring Mr. Aviles's mother to reside with him.

In a voice message, Mr. Piedra's recommendation to remove the condition is based upon Mr. Aviles's unblemished history of compliance, his stable living arrangements, and the circumstance of Mr. Aviles's mother likely move to North Carolina in the near future.

Following our discussion of this matter, AUSA Michael M. Rosensaft has given consent to the removal of this bail limitation.

In all other respects the bail conditions ordered by U.S. Magistrate Judge Michael H. Dolinger on May 9, 2007 will remain in full force and effect.

Thank you for your kind attention to this matter.

Respectfully yours,

Daniel L. Meyers

DLM/d

cc:  AUSA Michael M. Rosensaft
     Mr. Luis Piedra
     SDNY Pretrial Services

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08