# DANIEL L. MEYERS
Attorney-at-Law

TELEPHONE: (212) 226-4106                                                                FAX: (212) 431-0107

299 BROADWAY – SUITE 806
NEW YORK, N.Y. 10007-1901

April 10, 2008

Hon. Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   U.S. v. John Aviles
      07 Cr. 588 (RMB)

> *Application granted on consent.*
>
> SO ORDERED:
> Date: 4-10-08
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

   I am writing to request a limited modification of Mr. Aviles's bail conditions in the above-referenced case. The request is to modify his travel restrictions to allow him to travel by car, over the Passover holiday, from New, New York to Lititz, PA. 17543 where he will be staying at the home of Harriet Perlis, 1005 Kent Gardens. Mr. Aviles will be leaving New York at 6:00 A.M. on Thursday, April 17, 2008, and returning on Tuesday, April 22, 2008, at 11:00 P.M.

   I have discussed this request with Assistant U.S. Attorney Michael M. Rosensaft and he has no objection.

   In all other respects the bail conditions ordered by U.S. Magistrate Judge Michael H. Dolinger on May 9, 2007 will remain in full force and effect.

   Thank you for your kind attention to this matter.

                                        Respectfully yours,

                                        /s/ Daniel L. Meyers
                                        Daniel L. Meyers

DLM/d

cc:   AUSA Michael M. Rosensaft
      Mr. Luis Piedra
      SDNY Pretrial Services

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08