

# DANIEL L. MEYERS
Attorney-at-Law

FAX: (212) 431-0107

299 BROADWAY – SUITE 806
NEW YORK, N.Y. 10007-1901

May 19, 2008

<u>VIA FAX: 212-805-6717</u>

Hon. Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   U.S. v. John Aviles
      <u>07 Cr. 588 (RMB)</u>

Dear Judge Berman:

   In order to permit counsel for the parties to continue their ongoing plea discussions, I am writing to respectfully request that the status conference in this matter be adjourned from May 20, 2008, to May 27, 2008, at 3:30 P.M. The adjourned date and time were suggested by Ms. Christine Murray, Courtroom Deputy. Assistant U.S. Attorney Michael M. Rosensaft consents to this request.

   For the foregoing reason, it is additionally requested that the running of the speedy trial clock be tolled until May 27, 2008.

   Thank you for your kind attention to this matter.

Respectfully yours,

Daniel L. Meyers

DLM/d

cc:  AUSA Michael M. Rosensaft
     (Via Fax: 212-637-2527)

Mr. John Aviles

---

The adjournment is granted to 5-27-08 at 3:30 pm. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 5-20-08       Richard M. Berman
                    Richard M. Berman, U.S.D.J.