MAY 30 2008

TELEPHONE: (212) 226-4106

**DANIEL L. MEYERS**
Attorney-at-Law

299 BROADWAY – SUITE 806
NEW YORK, N.Y. 10007-1901

FAX: (212) 431-0107

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/03/08

*Application Granted*

*On Consent*

SO ORDERED:
Date: 6/3/08
Richard M. Berman, U.S.D.J.

May 30, 2008

Hon. Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: U.S. v. John Aviles
    07 Cr. 588 (RMB)

Dear Judge Berman:

   I am writing to request a permanent modification of Mr. Aviles's bail conditions in the above-referenced case. The request is to modify his travel restrictions to allow him to travel to and from the Southern and Eastern Districts of New York and the Eastern District of Pennsylvania (with travel through the District of New Jersey). This will permit him to travel from New York City to the home of his fiancee's grandmother, Harriet Perlis, who resides at 1005 Kent Gardens, Lititz, Pennsylvania.

   This application is being made on the recommendation of Pretrial Services Officer Luis Piedra and with the consent of Assistant U.S. Attorney Michael M. Rosensaft.

   In all other respects the bail conditions ordered by U.S. Magistrate Judge Michael H. Dolinger on May 9, 2007, will remain in full force and effect.

   Thank you for your kind attention to this matter.

                                        Respectfully yours,

                                        Daniel L. Meyers

DLM/d

cc: AUSA Michael M. Rosensaft
    Mr. Luis Piedra
    SDNY Pretrial Services