UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA
                                      :
        -v.-                                    S1 07 Cr. 588 (RMB)
                                      :
JOHN AVILES,
                                      :
                Defendant.
                                      :
- - - - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1341 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                        _____
                                                   Defendant

                                        _____
                                                    Witness

                                        _____
                                             Counsel for Defendant

Date:      New York, New York
           July 16, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2008