UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                    **ORDER**

          -against-                                         07 **CR.** 588 (RMB)

JOHN AVILES,

                             Defendant.
------------------------------------------------------------X

       WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 16, 2008;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

       IT IS HEREBY ORDERED that JOHN AVILES's guilty plea is accepted.

Dated: New York, New York
         July 21, 2008

                                                      RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08