**MEMO ENDORSED**

# DANIEL L. MEYERS
*Attorney-at-Law*

TELEPHONE: (212) 226-4106                                    FAX: (212) 431-0107

299 BROADWAY – SUITE 806
NEW YORK, N.Y. 10007-1901

July 24, 2008

Hon. Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  U.S. v. John Aviles
     07 Cr. 588 (RMB)

Dear Judge Berman:

> Application Granted, on consent.
>
> SO ORDERED:
> Date: 7/24/08  /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

   I am writing to request that Mr. Aviles's bail conditions be modified to allow him to travel by car from New York City to Lake Pemaquid Camping Grounds, Box 967, Damariscotta, Maine 04543. He will be leaving on Friday, July 25, 2008, at 9 A.M., and returning to New York City on Sunday, July 27, 2008, at 11 P.M.

   AUSA Michael M. Rosensaft has no objection to this modification of bail.

   In all other respects the bail conditions as ordered by this Court will remain in full force and effect.

   Thank you for your kind attention to this matter.

                              Respectfully yours,

                              /s/ Daniel L. Meyers
                              Daniel L. Meyers

DLM/d

cc:  AUSA Michael M. Rosensaft
     Mr. Luis Piedra
     SDNY Pretrial Services

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2008